IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                          CASE NO. 2:22-CR-20024-TLB-6

CHEYENNE NICOLE SMITH                                              DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Defendant's Motion for Concurrent Sentence filed on August 13, 2025. (ECF No. 185). The Motion has been referred to the undersigned for report and recommendation. (ECF No. 186). The United States has not been directed to file a response, and none is necessary.

## I.     BACKGROUND

On September 21, 2022, Defendant, Cheyenne Nicole Smith ("Smith"), was indicted and charged with knowingly possessing with intent to distribute a controlled substance, namely, a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) (Count Two), and with conspiracy to launder money, in violation of 18 U.S.C. § 1956(h) (Count Ten). (ECF No. 1). Smith was arraigned on October 12, 2022, at which time she entered a not guilty plea to the charges and counsel was appointed to represent her. (ECF No. 24).

On January 11, 2023, Smith appeared with her counsel for a change of plea hearing. (ECF No. 85). Pursuant to a written Plea Agreement (ECF No. 86), Smith pleaded guilty to Count Two of the Indictment charging her with knowingly possessing with intent to distribute a controlled substance, methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

–1–

Sentencing was held on May 10, 2023, and Smith was sentenced to serve 160 months imprisonment, three years supervised release, and pay a $100 special assessment.  (ECF No. 152).  Judgment was entered on May 11, 2023.  (ECF No. 153).  Smith did not pursue a direct appeal, nor did she seek any post-conviction relief pursuant to 28 U.S.C. § 2255.

## II.    DISCUSSION

Smith's pending motion acknowledges her federal prosecution for possession with intent to distribute, and her sentence to 160 months imprisonment, and she indicates she is currently serving her federal sentence at FCI Tallahassee, Florida.  (ECF No. 185 at 1).  She then makes argument in favor of concurrent sentencing and "requests that her federal sentence be run concurrently to her state sentence."  (*Id*. at 3).

Attached to Smith's motion is a Sentencing Order filed on September 26, 2023, by the Circuit Court of Polk County, Arkansas.  (ECF No. 1 at 4-7).  The Sentencing Order reflects that Smith entered a negotiated plea of guilty to several offenses on August 14, 2023, including revocations on prior suspended sentences imposed for possession of methamphetamine with purpose to deliver (Offense #1), possession of drug paraphernalia (Offense #2), and failure to appear (Offense #3), and to more recent charges of failure to appear (Offense #4) and possession of drug paraphernalia (Offense #5).  (*Id*.).  Smith was sentenced to 120 months imprisonment in the Arkansas Division of Correction ("ADC") on each of these state offenses, to run concurrently with each other, and with her "FEDERAL SENTENCE."  (*Id*. at 4-6).  Smith's state court records also reveal that the state case brought against her for possession of methamphetamine with purpose to deliver, Case No. CR-2021-52, was nolle prossed and dismissed by the State, with the Defendant's Guilty Plea Statement (signed by Smith) filed on August 16, 2023, in Case No. CR-

–2–

2021-60, indicating the dismissal of Case No. CR-2021-52 was because "federal indited" (sic).[1] Further, the Plea and Sentence Recommendation filed in state court on August 16, 2023, states that the term of 120 months in the ADC is "to run concurrent with Federal time Sentence …"

While Smith is presently serving her 160-month term of imprisonment on her earlier imposed federal conviction and sentence, her state court Sentencing Order and related documents clearly show that her subsequently imposed state court sentences are to run concurrently with her federal sentence in this case. In other words, the state court has already done what she is asking for in her current motion.

### III.    CONCLUSION

For these reasons, it is RECOMMENDED that Smith's Motion for Concurrent Sentencing (ECF No. 185) be **DISMISSED without PREJUDICE**.

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely written objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 20th day of August 2025.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court located Smith's state court case information on caseinfo.arcourts.gov. References to the state proceedings are taken from this information. (Last accessed on August 19, 2025.)

–3–