# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

**UNITED STATES OF AMERICA**                                                                **PLAINTIFF**

V.                         **CASE NO. 2:22-CR-20024-006**

**CHEYENNE NICOLE SMITH**                                                    **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 187) filed in this case on August 20, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Motion for Concurrent Sentence (Doc. 185) is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 12th day of September, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE