IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

V.                          Civil No. 2:22-cr-20024-TLB-6

CHEYENNE NICOLE SMITH                                          DEFENDANT

**ORDER**

Defendant, Cheyenne Nicole Smith ("Smith), has filed a *pro se* Motion for Jail Credit Pursuant to 18 U.S.C. § 3585(b).  (ECF No. 202).  In it, she contends she was in custody from March 1, 2021, through May 22, 2025, a period of 1078 days, for which the Bureau of Prisons ("BOP") is not giving her credit toward her sentence.  At the Court's direction, the United States filed its Response to the Motion on May 22, 2026.  (ECF No. 207).  The Motion has been referred to the undersigned.  (ECF No. 203).

As stated in her Motion, Smith is in federal custody at the Tallahassee Federal Correctional Institution in Tallahassee, Florida.  The connection to the Western District of Arkansas is her conviction and sentence imposed in this case on May 11, 2023, at which time Smith was sentenced to 160 months imprisonment, three years of supervised release, no fine, and a $100.00 special assessment.  (ECF No. 153).

The pending Motion is the fourth such motion Smith has filed.  (See ECF Nos. 185, 192, 196).  As was explained in the Court's Order of March 5, 2026, denying two of Smith's prior motions for jail time credit, an attack on the execution of a sentence must be made through 28 U.S.C. § 2241; the § 2241 petition must name the inmate's custodian as the respondent; it must be filed in the district where the inmate is incarcerated; and it can only be filed after the inmate has exhausted administrative remedies within the BOP.  *Bell v. United States*, 48 F.3d 1042, 1043 (8th

Cir. 1995); *Reno v. Koray*, 515 U.S. 50, 52-55 (1995); *United States v. Tinsdale*, 455 F.3d 885, 888 (8th Cir. 2006).  Smith is not presently incarcerated in the Western District of Arkansas, and this Court lacks subject matter jurisdiction to hear her Motion challenging the execution of her federal sentence.  Accordingly, Smith's Motion for Jail Credit Pursuant to 18 U.S.C. § 3585(b) filed on April 15, 2026 (ECF No. 202) is **DENIED**.

Smith should first exhaust her administrative remedies regarding the jail credit issue through the BOP.  After she has done so, proper venue for any Petition brought under 28 U.S.C. § 2241 challenging the execution of her sentence will lie in the United States District Court for the Northern District of Florida.  28 U.S.C. § 89(a).  The address for the United States District Court for the Northern District of Florida, Tallahassee Division, Office of the Clerk, is 111 N. Adams St., Tallahassee, FL 32301.

IT IS SO ORDERED on this 2nd day of June 2026.

/s/  *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE